NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellant,*

v.

**GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (ALSO KNOWN AS AMERICAN NATIONAL FIRE INSURANCE COMPANY),**
*Defendant-Cross Appellant,*

AND

**WASHINGTON INTERNATIONAL INSURANCE COMPANY,**
*Defendant-Appellee.*

---

2012-1462, -1473

---

Appeals from the United States Court of International Trade in case no. 09-CV-0187, Senior Judge Richard W. Goldberg.

---

ON MOTION

---

**ORDER**

US V. GREAT AMERICAN INSURANCE CO.                                     2

Defendant-Cross Appellant Great American and De-fendant-Appellee Washington International jointly move for a 22-day extension of time, until November 27, 2012, to file their opening briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 0 5 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly

Clerk

cc: Amy Rubin, Esq.
    T. Randolph Ferguson, Esq.
    Mark D. Plevin, Esq.

s27